```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

**John Doward**

    **v.**                        Case No. 05-cv-151-PB

**United States of America**

## NOTICE OF RULING

**Re:  Document No. 1, Motion to Vacate, Set Aside or Correct**

Ruling:  This is a second petition.  I lack jurisdiction to act because petitioner has not obtained an order from the court of appeals authorizing me to proceed.  Accordingly, the motion to vacate is denied.

Entered by:  Paul Barbadoro, District Judge

Date:  June 14, 2005

cc:  Peter Papps, Esq.
     John Doward, pro se